**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HARVEY BROADUS, | ) | Civil Action No.: 2:16-cv-00751-AJS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRISON HEALTH SYSTEMS, INC.; | ) | |
| and MICHAEL HERBIK, D.O., | ) | **JURY TRIAL DEMANDED** |
| c/o STATE CORRECTIONAL | ) | |
| INSTITUTE AT FAYETTE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this 27th day of June , 2016, it is hereby

ORDERED, ADJUDGED and DECREED that Prison Health Systems, Inc. is hereby dismissed

from this lawsuit with the understanding that Plaintiff will file a First Amended Complaint setting

forth the proper Defendants.

BY THE COURT:

_____, J.