IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

HARVEY BROADUS,

    Plaintiff,

vs.

CORRECT CARE SOLUTIONS, INC.;
WEXFORD HEALTH SOURCES,
INC.; and MICHAEL HERBIK, D.O.,
c/o STATE CORRECTIONAL
INSTITUTE AT FAYETTE,

    Defendants.

*FILED ELECTRONICALLY*

CIV. ACTION NO. 2:16-CV-00751-AJS

## MOTION TO DISMISS

AND NOW comes the Defendant, Wexford Health Sources, Inc. and pursuant to Rule 12 of the Federal Rules of Civil Procedure, moves this Court to Dismiss the Plaintiff's Amended Complaint against it, on the grounds that Plaintiff has failed to plead any conduct for which Wexford can be held liable, as is more fully set forth in the accompanying Brief and Exhibits.

    Respectfully submitted,

    WEBER GALLAGHER SIMPSON STAPLETON
    FIRES & NEWBY LLP

    BY:  /s/ Paula A. Koczan
    Paula A. Koczan, Esquire
    pkoczan@wglaw.com

PA 46932
Michael C. Hamilton, Esquire
mhamilton@wglaw.com
PA 87795

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
Four PPG Place
5th Floor
Pittsburgh, PA 15222
(412) 281-4541
(412) 281-4547 FAX

# CERTIFICATE OF SERVICE

I, Paula A. Koczan, Esquire, hereby certify that on this date a true and correct copy of the foregoing **MOTION TO DISMISS** was served electronically upon the following:

All Counsel of Record

/S/ Paula A. Koczan
Paula A. Koczan, Esquire

Dated:        08/18/2016