# Kennon C. Tubbs M.D.

13584 Carolina HIlls Court
Draper, Utah 84020
(801) 501-9573 Home
(801) 502-3473 Cell
jailmd@gmail.com

___

**EDUCATION:**

1996-1999    *Utah Family Practice Residency,* Provo, Utah
              *Board Certification in Family Medicine:* July 1999-2006
              *Senior Resident Teaching Award:* 1997-98 and 1998-1999
              *David Flinders Award:* 1998-1999 for excellence in Behavioral Medicine
              *Co-Chief Resident:* 1999

1992-1996    *Georgetown University School of Medicine,* Washington, D.C.
              *Doctor of Medicine:* May 1996
              *Class Officer:* 1992-1994
              *Health Care America with Hilary Clinton:* 1996
              *AIDS Outreach Program:* 1993

1988-1992    *Colorado State University,* Fort Collins, Colorado
              *Bachelor of Science in Biochemistry and Biology:* July 1992

**CLINICAL EXPERIENCE:**

1999-2015    *Utah State Prison Physician,* Attending physician duties include overseeing six physician assistants, specialty clinics in Women's Health, Hepatitis, Diabetes, Trauma management, and Emergency care. Inpatient rounds and primary care provider for difficult cases that are referred by physician assistants. Coordinate university hospitals care and appropriate specialty consultation.

2002-Present *Deuchesne CountyJail Medical Director,* Private contractor for county jail system of 300 inmates. Outpatient care clinic 1 day a week and coordinate all medications and health care director for county jail system.

2002-Present *Daggett County Jail Medical Director*    County Jail of 110 inmates

2007-Present *Uinta County Wyoming Jail Medical Director*   County Jail of 100 inmates

2007-Present *Sweetwater County, Wyoming Jail Medical Director*   County Jail of 150 inmates

2008/Present *Summit County, Utah Jail Medical Director*   County Jail of 60 inmates.

2007-Present *Uintah County, Utah Jail Medical Director*   County Jail of 90 inmates

2009-Present *Wasatch County Medical Director*    County Jail of 70 inmates.

2009-Present *Utah County Jail Medical Director*   County jail of 750 inmates.

2008-2012    *Mixed Martial Arts Physician,* Ultimate Combat Experience ring side physician.

2002-2013    *Holland America,* Cruise ship physician for 1500 passenger cruise line 2 week commitment per year. Have cruised to Alaska, Hawaii, Mexico, Baltic Sea, Japan, China, Norway, North Sea and Caribbean Sea.

| | | |
|---|---|---|
| 1997-2007 | ***Emergency Room Physician,*** | Orem Community Hospital and Utah Valley Hospital.  Full emergency hospital privileges.  Single coverage E.R. level 3 hospital 15000 patient visits per year. |
| 1996-1999 | ***High School Team Physician,*** | Sports Medicine care at football, basketball, and other athletic events for Provo High School. |
| 1993-1994 | ***Food and Drug Administration,*** | Washington D.C.  New Drug Approval Committee |

**MEMBERSHIPS:**  National Commission on Correctional Health Care
American Academy of Family Physicians

**LICENSURE:**  Utah CS Schedule 2-5  #344132-8905
Utah Medical Licensure  3344132-1205
Wyoming State Licensure 7730A  expires 6/30/2016
DEA BT 5545100 current to 2018
PALS expires oct 2017
ACLS/BCS expires 6/2016

**HONORS/AWARDS**

**David C. Flinders Award** for Excellence in Behavioral Medicine
Utah Valley Family Practice Residency 1999

**Senior Resident Excellence in Teaching Award**
Utah Valley Family Practice Residency 1999-1998 and 1998-1997

**Galaxo Wellcome Family Practice Resident Scholar**
Utah Chapter 1998

**PERSONAL:**  Enjoy team sports, fishing; snow skiing, scuba diving, chess, racquetball, camping, and travel.

**REFERENCES:**  **Richard Garden, M.D.**
Utah State Prison Medical Director 1999-2015
Office: 801-243-4714

**Sidney Roberts M.D.**
Utah State Prison Medical Doctor 1995-2015
Office 801-576-7076

**Dale Bench R.N.**
Director of nursing Utah County Jail
801-376-3601

**Joe Coombs P.A.**
Utah State Prison Physician Assistant Supervisor

435-671-1586

**Logan Clark P.A.**
Physician Assistant County Jail Medicine
(801)-699-1127

**Jail Commander Jason Curry**
Deuchesne County Sheriff Department
Deuchesne, Utah
Jcurry115@yahoo.com
(435) 738-1106

**Cory Bringhurst, M.D.**
Utah Valley Emergency Physician Group
Emergency Medicine
Pager:  801-351-5381
Home:  801-225-5741

**Paul Broadbent, M.D.**
Utah Valley Emergency Physician Group
Emergency Medicine
Pager:  801-351-5370
Home:  435-654-3893