IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARVEY BROADUS | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-751 |
| CORRECT CARE SOLUTIONS, INC., *et al.* | : |

## ORDER

**AND NOW**, this 19th day of September 2017, upon considering Plaintiff's uncontested Motion to dismiss Defendant Michael Herbik, D.O. (ECF Doc. No. 84) as a condition of settlement, it is **ORDERED** Plaintiff's uncontested Motion (ECF Doc. No. 84) is **GRANTED** and Defendant Michael Herbik, D.O. only is **DISMISSED.**

_____
KEARNEY, J.