IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARVEY BROADUS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.  16-751 |
| CORRECT CARE SOLUTIONS, INC., *et al.* | : | |

## ORDER

AND NOW, this 20th day of September 2017, upon considering Plaintiff's uncontested Motion to dismiss the only remaining Defendant Correct Care Solutions, Inc. (ECF Doc. No. 86), it is **ORDERED:**

1. Plaintiff's uncontested Motion (ECF Doc. No. 86) is **GRANTED**;

2. Defendant Correct Care Solutions, Inc. is **DISMISSED**;

3. This case is voluntarily dismissed; and,

4. The Clerk of Court shall mark this matter **CLOSED**.

KEARNEY, J.